<u>NOT FOR PUBLICATION</u>

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| D. MICHAEL JEWETT,  :<br>  :<br>Plaintiff,  :<br>  :<br>v.  :<br>  :<br>IDT CORPORATION, *et al.*,  :<br>  :<br>Defendants.  :<br>  :<br>  : | Civil Action No. 04-1454 (SRC)<br><br>**ORDER** |

<u>**CHESLER**</u>, District Judge

This matter comes before the Court upon the motion for summary judgment filed by Defendant IDT Corporation and David Schropfer (docket item # 519). Plaintiff has opposed this motion (docket item # 526). The Court has considered the papers submitted by the parties. It rules based on those submissions pursuant to Federal Rule of Civil Procedure 78.

**IT IS** on this 7th day of June, 2010,

**ORDERED** that Defendants' motion for summary judgment (docket item # 519) will be **GRANTED in part** and **DENIED in part**; and it is further

**ORDERED** that the motion for summary judgment regarding the Conscientious Employee Protection Act ("CEPA") claim will be **DENIED**; and it is further

**ORDERED** that the motion for summary judgment regarding the New Jersey Law Against Discrimination ("NJLAD") will be **GRANTED**; and it is further

**ORDERED** that the motion for summary judgment regarding the common-law defamation claims will be **GRANTED.**

                                                      s/ Stanley R. Chesler
                                         STANLEY R. CHESLER
                                         United States District Judge