# McElroy, Deutsch, Mulvaney & Carpenter, LLP
### ATTORNEYS AT LAW

1300 MOUNT KEMBLE AVENUE
P.O. BOX 2075
MORRISTOWN, NEW JERSEY 07962-2075
(973) 993-8100
FACSIMILE (973) 425-0161

J. MICHAEL RIORDAN
Direct dial: (973) 425-8676
jmriordan@mdmc-law.com

September 13, 2010

**Via Electronic Filing**
Hon. Stanley R. Chesler, U.S.D.J.
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:   **D. Michael Jewett v. IDT Corporation, et al.**
      **Civil Action No. 04-01454 (SRC/MAS)**

Dear Judge Chesler:

We attended a Pre-Trial Conference with Magistrate Judge Shipp today in this matter. Magistrate Shipp advised that you would be sending notice shortly for a Final Pre-Trial Conference before Your Honor on November 9th at which time a trial date will be scheduled.

In light of the foregoing, I wanted to advise the Court that I have a FINRA Arbitration during the entire week of November 15th in Florida (the case is entitled: Abbanat v. UBS bearing case number 09-04721). I also have a FINRA Arbitration on December 6th and 7th in New York (the case is entitled: Williams v. Citigroup bearing case number 09-01227). Lastly, I have a Rule 104 Hearing scheduled on December 10th before Judge Edward Coleman (the case is entitled: James Kreig v. MetLife bearing docket number L-1387-05). The Kreig case has a peremptory trial date beginning January 17, 2011 and should last 2-3 weeks.

We will await Your Honor's notice confirming the time for the November 9th Conference.

Thank you for your consideration of the foregoing. I am serving counsel for Plaintiff with a copy of this letter.

Respectfully submitted,

McElroy, Deutsch, Mulvaney & Carpenter, LLP

*J. Michael Riordan*

JMR/ajk
cc:   William Perniciaro, Esq. (via email)

NEW YORK          PENNSYLVANIA          NEW JERSEY          COLORADO